FILED

AUG 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The Circuit Court Of Fayette County, West Virginia

William A. LaRue,
        Plaintiff

        v.

Hustler Magazine, Inc.,
        Defendant.

CV 08 Case _____ 3966

SBA (PR)

## COMPLAINT

While they were attending the University of Florida in Gainsville, Linda Fredrickson married Gerald Faloona. She earned a Bachelor of Science in Nursing, specializing in pediatrics, diabetes, and research. He graduated with a Ph.D. in Biochemistry,

While they were still living in Gainsville, their first child -- Kelly Faloona -- was born on June 16, 1966. Soon after, the family moved to Dallas, where Dr. Faloona accepted a teaching position at Bishop College, and Linda Fredrickson Faloona continued her nursing career. On March 27, 1968, their second child - Brandon Faloona was born in Dallas.

Sometimetime during 1971, the Faloonas separated. In 1972, Dr. Erwin Haeberle, a sexologist associated with The National Sex Forum, began work on The Sex Atlas, which was intended to be a comprehensive educational text on human sexuality. In September of 1972, Dr. Laird Sutton, the photographer, asked if she and her children would pose for nude photographs, to be used in the Sex Atlas. Linda Fredrickson consented. The children were then, Kelly 6, and Brandon 5 in 1972.

(1)

Hustler is protected by the First Amendment because it is not "Obscenity." Roth V. United States, 354 U.S. 476, 1 L.Ed. 2d 1498, 77 S. Ct. 1304 (1957). And, the nude pictures of children in those issues, are not "Child pornography".

/S/ William LaRue

William LaRue
1 Mountainside Way
Mount Olive, W.Va.
25185-1000

(2)

William A. LaRue #38062
1 Mountainside Way
Mount Olive, W.Va.
25185-1800

MOUNT OLIVE CORRECTIONAL COMPLEX

U.S. District Courthouse
Clerks Office
450 Golden Gate Ave.
16th Floor
San Francisco, CA
94102

pro se