IN THE __Circuit__ COURT OF __Fayette__ COUNTY, WEST VIRGINIA

__William A. LaRue__  v.  __Hustler Magazine, Inc., is__
Plaintiff or Petitioner         Defendant or Respondent

Case No. __CV 08  3966 SBA__

**FILED**
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FINANCIAL AFFIDAVIT AND APPLICATION: ELIGIBILITY FOR WAIVER OF FEES, COSTS, OR SECURITY IN A CIVIL OR DOMESTIC CASE (PR)**

E-filing

**A. Information for the Applicant:**

1. You will be allowed to file and carry on your civil proceeding without giving security or paying fees or costs that would otherwise be required, if the court finds that you meet the official financial guidelines.

2. You must file a separate affidavit and application anytime your financial situation no longer meets the official guidelines or anytime the court orders you to do so.

3. At any time you may request or the court may require review of your eligibility for a waiver; and at any time the court may require you to pay fees or costs previously waived or to pay future fees or costs.

4. When you sign this form, you will have to swear or affirm that you have completely and truthfully provided all information sought, to the best of your knowledge and ability. *If you knowingly give any incomplete and/or false information, you may be prosecuted for the crime of false swearing.*

5. The information you give in this form will be confidential only in a domestic violence or a divorce case.

6. Except for signatures, all information must be clearly printed.

================================================================================

**B. Information about You and Your Case:**

1a. Name: __William A. LaRue__    b. Telephone Number: __304-442-7213__

c. Address __1 Mountainside Way  Mt. Olive, W.Va. 25185-1000__

2. Describe what is involved in your case: _____

_____

_____

SCA-C&M201.03    P. ①    (continued)

3a. Do you have a lawyer? __NO__

b. Have you paid or will you have to pay your lawyer? __NO__

c. Will you have to pay your lawyer only if you win? __NO__

==============================================================================

C. Information about Your Financial Situation:

1. What is your current yearly <u>household</u> net (take-home) income from <u>all</u> sources (salary or wages, business(es), government payments, rents, pensions, interest, etc.): $ __Ø__

2a. List the names and relationships to you of all the persons supported by this income, whether or not they are household members: __— SELF —__

b. What is the total number of these persons? __1__

3. How much money do you and your household members have in cash, checking and savings accounts, deposit certificates, and/or bonds (**liquid assets**)? $ __Ø__

4a. List your regular <u>monthly</u> household debt-payment and other expenses (mortgage, car, and other debt payments; food, rent, utilities, medical transportation, child-care, and other expenses): __— NONE —__

b. What is the total amount of these monthly expenses? $ __Ø__

5a. List all cars, trucks, motorcycles, or recreational vehicles (all-terrain vehicles, motor homes, snowmobiles, boats), including their make, model, and year, that you and your household members own (**collateral assets readily convertible to cash**): __— I OWN NOTHING —__

b. What is the total value of these items? $ __Ø__

P(2)

6a. List all real estate (houses, lots, land, rental property, other commercial property) that you or your household members own: _____

___**I own Nothing**_____

b. What is the total value of these items? $ __0__

7. What would the consequences be for you if a waiver of fees, costs, or security is denied? _____

___**Unable to pay**_____

================================================================================

By signing my name on this form, I swear to or affirm: (1) the completeness and truthfulness, to the best of my ability and knowledge, of the information I have provided and (2) my belief that I have a right to a waiver.

Signature of Affiant-Applicant: __William Q. Loller__

Taken, subscribed, and sworn or affirmed before me, by the person whose signature appears above, on this

__8th__ day of __August, 2008__, in __Fayette__ County, West Virginia.

Signature of Notary (Clerk or Deputy Clerk): __Lisa R. Frye__

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LISA R. FRYE
MOUNT OLIVE CORRECTIONAL COMPLEX
ONE MOUNTAINSIDE WAY
MOUNT OLIVE, WV 25185
My Commission Expires March 15, 2010

================================================================================

### For Court Use Only

The affiant's application for a waiver is (clerk: initial one) _____ granted _____ denied.

Date: _____  Signature of Clerk or Deputy: _____

