IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. LARUE, | No. C 08-03966 SBA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| HUSTLER MAGAZINE INC., et al., | |
| Defendants. / | |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has paid the full filing fee.

The acts complained of occurred at Mount Olive Correctional Complex in Fayette County, which is located in the Southern District of West Virginia, and it appears that the Defendants reside in that district. See 28 U.S.C. § 129(b). Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of West Virginia. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: 10/17/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.08\LaRue3966.Transfer-WestVirginia.frm

**United States District Court**
**For the Northern District of California**

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   WILLIAM A LARUE,
4                                              Case Number: CV08-03966 SBA
            Plaintiff,
5                                              **CERTIFICATE OF SERVICE**
       v.
6
   HUSTLER MAGAZINE INC et al,
7
            Defendant.
8                                            /

9  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.
10
11 That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 William A. LaRue 30062
   Mount Olive Correctional Complex
16 1 Mountainside Way
   Mount Olive, WV 25185-1000

17 Dated: October 20, 2008
                                              Richard W. Wieking, Clerk
18                                            By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\LaRue3966.Transfer-WestVirginia.frm